# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RONALD ROY HOODENPYLE,

    Defendant.

_____

# INDICTMENT
## 18 U.S.C. § 1521
_____

    The grand jury charges that:

## COUNT 1

On or about April 2, 2008, in the State and District of Colorado, the defendant, **RONALD ROY HOODENPYLE**, filed in a public record a false lien or encumbrance against the real property of an employee of an agency of the United States Government, namely, Internal Revenue Service Revenue Officer Michael Pryor, on account of Mr. Pryor's performance of official duties, knowing or having reason to know that such lien or encumbrance was false or contained a materially false, fictitious, or fraudulent statement or representation, in that he filed in Jefferson County, Colorado a false "Notice of Equity Interest and Claim" against Mr. Pryor's real property, which contained the false

representation that he had a claim against Mr. Pryor "believed to be in excess of ONE MILLION DOLLARS ($1,000,000.00)."

All in violation of Title 18, United States Code, Section 1521.

A TRUE BILL:

<u>Ink signature on file in the clerk's office</u>
FOREPERSON

TROY A. EID
United States Attorney

<u>s/ Matthew T. Kirsch</u>
By: Matthew T. Kirsch
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, CO 80202
Telephone 303-454-0100
Email: Matthew.Kirsch@usdoj.gov
Attorney for the Government