IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 09-CR- 00013

UNITED STATES OF AMERICA
Plaintiff

v.

RONALD ROY HOODENPYLE
Defendant

---

Ronald- Roy: of the Hoodenpyle Family    IN ADMIRALTY
Third party Plaintiff

UNITED STATES AMERICA
UNITED STATES ATTORNEY
AND ASSISTANT U.S. ATTORNEY MATTHEW T. KIRSCH
ACTING U.S. ATTORNEY DAVID M. GAOUETTE
UNITED STATES DISTRICT COURT
TREASURY INSPECTOR GENERAL FOR
TAX ADMINISTRATION AND AGENT WILLIAM FRANKEL
INTERNAL REVENUE SERVICE AND AGENT MICHAEL PRYOR

---

SPECIAL AFFIDAVIT OF NEGATIVE AVERMENT
OPPORTUNITY TO CURE AND COUNTERCLAIM
NOTICE TO PRINCIPAL IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPAL

---

Comes now Ronald- Roy: of the Hoodenpyle Family, Third Party Plaintiff, by special appearance and not appearing generally, before this court seeking a remedy in Admiralty as is provided by "The Saving to the Suitors Clause" at USC 28 -1333(1). I am standing in my unlimited commercial liability as a Secured Party Creditor and request that the officers of this court do the same. I respectfully request the indulgence of this court as I am not schooled in law. This is provided by the precedent set by Haines vs. Kerner at 404 U.S. 519  .

---

AS TO COUNT 1: Ronald – Roy: Hoodenpyle, the Third Party Plaintiff, Secured Party Creditor, a Natural man created by the Lord God, The Creator of the Heavens and the Earth, an authorized Representive for RONALD ROY HOODENPYLE. I am NOT the



Ex 1

same as the Fictitious Entity, all capital letter named, RONALD ROY HOODENPYLE, that was created by the State, or the United States Corporate Government. I do not give any consent, in any capacity, to this court to place upon me any responsibility for this all capital letter name, Fictitious Entity that was created by the state, or government. Simply put, I am not the same, and I believe I have no contract with you and do not consent to any contract with you. If you presume that I have a contract with you, I rebut any presumption of any contract that you may presume that I have with you. *There is no evidence to the contrary.*

AS TO COUNT 2: This evidenced by documents that are on file with the Colorado Secretary of State, United States District Court Libel of Review, the public records of El Paso County Clerk and Recorders, U.S. Department of Treasury, Internal Revenue Service, U.S. Department of Justice, United States Tax Court, El Paso District Court, Colorado Court of Appeals, Colorado Supreme Court, and other cases filed into this United States District Court. These affidavits prove I am a man standing on the land as One of We the People and not a U.S. Citizen as defined by the 14th Amendment. In the United States the People are sovereign and the government cannot sever its relationship to the People by taking away their citizenship. Afroyim v Rusk, 387 U.S. 253 (1967). *I have seen no evidence to the contrary.*

AS TO COUNT 3: I have all rights secured by the united States Constitution and the Bill of Rights. If the Third Party Defendants have any lawfully documented evidence to the contrary let them come forth now On and For the official Record, and let the District Attorney certify their evidence, under their unlimited commercial liability, while under oath, and under penalties of the law including Perjury. *I have seen no evidence to the contrary.*

AS TO COUNT 4: Simply put Ronald -Roy, Hoodenpyle is not the same as RONALD ROY HOODENPYLE, and *I, believe that there is no evidence to the contrary.*

AS TO COUNT 5: I have no contract with you and do not consent to any contract or contracts that you may presume that I have with you. *I have seen no evidence to the contrary.*

AS TO COUNT 6: My Political standing as One of We the People, are recorded and on file at the Colorado Secretary of State, U.S. Department of Treasury, Internal Revenue Service, U.S. Department of Justice, U.S. District Court, U.S. Tax Court Washington D.C., El Paso County Clerk and Recorders Office, Colorado Court of Appeals, Colorado Supreme Court, Colorado State Revenue. No evidence by the prosecutor has been provided which would prove to the contrary. If the Third Party Defendants have lawfully documented evidence to the contrary, let them come forth now for the Official Record.

2.

The Representive for the DOJ must certify their evidence, under their unlimited commercial liability, while under oath, and under the penalty of the law, that would Include Perjury and other violations. *I have seen no evidence to the contrary.*

AS TO COUNT 7: The Court is not the provider of evidence, but merely the form which the two partys of the case use to provide evidence to support their claim. The Court is not a legislative body and has no authority to make law. This is stated by the Separation of Powers in the united States Constitution. No evidence has been provided by this court that has been to the contrary. *I have seen no evidence to the contrary*

AS TO COUNT 8: When any public official steps outside of his/her oath of office and violates his/ her lawful duties that they swore to uphold, they have no immunity or protection for their mis-conduct, and are operating in their personal Capacity as outlaws. *I have seen no evidence to the contrary.*

AS TO COUNT 9: 18 USC Sec. 3. Whoever, knowing that an offense against the United States has been committed, receives, relieves, comforts or assists the offender in order to hinder or prevent his apprehension, trial or punishment, *is an accessory after the fact.* Mr Pryor is not an employee of the U.S. Government. *I have seen no evidence to the contrary.*

AS TO COUNT 10: The very essence of civil liberty certainly consists in the right of every individual to claim the protection of the laws, when ever he receives an injury. One of the first duties of the government is to provide that protection. Marbury v Madison, 5 U.S. 137, (1903). These rights have been denied. *I have seen no evidence to the contrary.*

AS TO COUNT 11: Michael Pryor is not an employee or agent of the United States Government. *I have seen no evidence to the contrary.*

AS TO COUNT 12: The Internal Revenue Service, successor of the bureau of Internal Revenue, was not created by Congress, as required by Article 1 Sec 8, clause 18 of the Constitution of the United States. *I have seen no evidence to the contrary.*

AS TO COUNT 13: The Supreme Court had admitted in their investigation that no organic *act for the IRS could be found all the way back to the Civil War*, which ended in the year 1865 A.D. See; Chrysler Corp. v Brown, 441 U.S. 281 (1979). *I have seen no evidence to the contrary.*

AS TO COUNT 14: All government agencies have postal privleges. The Internal Revenue Service does not they are not a government agency. *I have seen no evidence to the contrary.*

AS TO COUNT 15: The IRS is not an agency of the United States Government according to the statement filed into the court record in the Diversified Metal Products v T-Bow, IRS et al. CV-93-405E- EJE U.S.D.I. DOJ in this case stated that the IRS IS NOT AN AGENCY OF THE U.S. *I have seen no evidence to the contrary.*

AS TO COUNT 16: Evidence has been presented to the Court that the IRS is not an agency of the U.S. Government. The DOJ and the Court have stated on the record that the IRS is an agency of the Government, and Michael Pryor is an employee of such. *I have seen no evidence to the contrary.*

AS TO COUNT 17: Therefore it is up to this Court and the DOJ to provide certified evidence under oath to determine that the IRS is a government agency. The Court must issue an arrest warrant for one or the other of the DOJ that have perjured themselves before a U.S.District Court and committed fraud upon the court and has come before the court with unclean hands. *I have seen no evidence to the contrary.*

AS TO COUNT 18; Stated in RYDER v UNITED STATES, 115 S.Ct. 2031, 132 L. Ed 136, 515 U.S. 177, I am required to initiate a direct challenge to authority of anyone representing himself or herself as a government officer or agent, prior to the finality of any proceeding in order to avoid implications of *defacto officer doctrine.* When challenged, those posing as government officers and agents are reqired to affimatively prove what ever authority they claim. In absence of proof, they may be held personally accountable for loss, injury and damages. *I have seen no evidence to the contrary.*

AS TO COUNT 19: In the case, UNITED STATES v GERMAINE, 99 U.S. 508 (1879) NORTON v SHELBY COUNTY, 118 U.S. 425,441,6S. Ct. 1131 (1886) and numerous other cases, that reinforce the determination. There can be no officer, either de jure or de facto, if there is no office to fill. There is no office under the U.S. Government in particular the Congress, for the purpose of collecting tax for the IRS or that Mr. Pryor is an agent for such office. The DOJ has not presented evidence that Mr. Pryor is an agent of the U.S. or works for an agency that is of the U.S. Government that would allow the charge of Title 18, 1521.against the Third Party Plaintiff. *I have seen no evidence to the contrary.*

AS TO COUNT 20: U.S.C. 18 241. Conspiracy against rights. If two or more conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the united States America, or because of his having so exercised the same, these rights have been violated. *I have seen no evidence to the contrary.*

AS TO COUNT 21: Third Party Defendents have violated the rights of the accused under Title 42 Chapter 21 Sub chapter 1- 1983, Civil action for Deprivation of Rights.

4.

Every person who, under ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution, shall be liable to the party injured in the action at law, suit in equity, or other proper proceedings for redress, except that in judical capacity, injunctive relief shall not be granted unless a *declaratory decree was violated or declaratory relief was unavailable,* For the purpose of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia. *I have seen no evidence to the contrary.*

AS TO COUNT 21: The United States District Court, and the DOJ, have engaged in denying consistently and ignoring with contempt, the Constitution of the united States of America, and the Bill of Rights. *I have seen no evidence to the contrary.*

AS TO COUNT 22: No state legislator or executive or judicial officer can **War against the Constitution** without violating his solemm oath to support it. Cooper v Aaron, 358 U.S. 1 (1958). *I have seen no evidence to the contrary.*

AS TO COUNT 23: This court and their agents have proceeded in violation of their oath and of my Constitutional Rights that were put on the record and were denied and ignored. *I have seen no evidence to the contrary.*

AS TO COUNT 24: The Attorney Generals office has failed to prove jurisdiction by the Plaintiff "Once jurisdiction is challenged, the court cannot proceed when it appears that the court lacks jurisdiction. The court has no authority to reach merits, but rather, should dismiss the action." MELO v U.S. 505 F2d 1026. There has been no response to my challenge of jurisdiction *by the plaintiff.* Once jurisdiction is challenged the court cannot proceed until answered. *I have seen no evidence to the contrary.*

AS TO COUNT 25: *Once Jurisdiction is challenged it becomes the responsibility of the Plaintiff to assert and prove said jurisdiction (Hagans V Lavine, 415 U.S. 533, note 5). I have seen no evidence to the contrary.*

AS TO COUNT 26: The United States District Court, and the U.S. Attorney Generals Office, Treasury Inspector General for Tax Admistration, and their agents have refused to recognize my political status as One of We the People. I'm not a 14th Amendment subject. *I have seen no evidence to the contrary.*

*AS TO COUNT 27:* Once again, the DOJ statements are contradictory to the united States Constitution and the Bill of Rights. Trying to force the Third Party Plaintiff into a foreign jurisdiction in violation to his rights.

5.

The DOJ has commited perjury against his oath in trying to over-throw the Constituion and the Bill of Rights. **I have seen no evidence to the contrary.**

*AS TO COUNT 28:* When Jurisdiction was challenged and repeatedly ignored and disregard of those challenges were evident, in doing so, the Court and DOJ are denying the rights of the Third Party Plaintiff and due process. This case must be set aside. *I have seen no evidence to the contrary.*

AS TO COUNT 29: The 14th Amendment was for such persons who were not white persons, but in the main were of African blood, who had been held in slavery in this country... Van Valkenburg v Brown 43 Cal 43, 47 (1872). *I have seen no evidence to the contrary.*

AS TO COUNT 30: *United States v 24 Federal Cases 829, 830 (1873) States clearly the rights of Citizens of the States, as such, are not under consideration in the Fourteenth Amendment.*

*They stand as they did before the adoption of the Fourteeth amendment and are fully guaranteed by other provisions. I have seen no evidence to the contrary.*

AS TO COUNT 31: 18. U.S. v Anthony 24 Fed. 829 (1873) *The term residence and citizen of the United States is distinguished from a Citizen of one of the several states,* in that the former is a special class of " **citizen created by Congress."** *I have seen no evidence to the contrary.*

AS TO COUNT 32: In Powe v U.S. 109 f2d 147, 149 (1940) the court determined what the term citizen means in Federal statutes. Notice that the term "citizen" when used in federal law, excludes State citizens. *I have seen no evidence to the contrary.*

AS TO COUNT 33: The statement in the fourteeth Amendment is that all persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the states **wherein they reside is to be interpreted in the light of pre-existing common- law principals governing citizenship.** Kennedy v Mendoza-Martinez, 372 U.S. 144, 83 S Ct, 554 9L Ed 2d, 644. *I have seen no evidence to the contrary.*

AS TO COUNT 34: The Constitution of the united States of America is the Supreme Law of the Land, and anything that is repugnant to the Constitution is null and void. *I have seen no evidence to the contrary.*

6.

AS TO COUNT 35: The Third Party Plaintiff is guaranteed a fair and impartial Article III Court, with all rights secured by the united States Constitution and the Bill of Rights. *I have seen no evidence to the contrary.*

AS TO COUNT 36: <u>The judge stated on the record that I was being tried in an Article III Court</u>, which is on the court record and by many witness in the Court room. That means there must be an injured party. If there is no injured party there is no claim. There is no corpus delecti here that gives the court jurisdiction under the common law. *I have seen no evidence to the contrary.*

AS TO COUNT 37: The judge admitted on the record that this court is an Artical III Court, by the judges own admission, all my rights are secured by united States Constitution. I have every right to require that an injured party swear under oath, and testify as to damages or injury, that he/ her claims to be damaged. If there is no injured party there is no claim. *I have seen no evidence to the contrary.*

AS TO COUNT 38: There is no flesh and blood living soul as the plaintiff. This case should be dismissed forthwith. *I have seen no evidence to the contrary.*

AS TO COUNT 39: The District court to be a Constitutionally competent court, with lawful jurisdiction to try American native born Citizens, fails, when the Court denies and ignores Third Party Plaintiff Political Status. It is an enticement to slavery by this Court who has no authority over an American native born Citizen, nor the authority to compel him to submit to a fraudulent designation of his Political Status. Court cannot determine the legal status of the pasrties with respect to federal taxes Title 28, Section 2201, this case has started from that. *I have seen no evidence to the contrary.*

AS TO COUNT 41: Yet by the actions of this court, the Constitution through the Judges, and the prosecution, the Constitution of the united States of America was denied, forbidden and treated with contempt. *I have seen no evidence to the contrary.*

AS TO COUNT 42: I have every right to have the District Court adhere to precedence. <u>There is no true plaintiffs name on the complaint, and no verified complaint by a real party of interest,17 (a) Every action shall be prosecuted in the name of the Real Party of Interest. No one has a claim in government, they are not the injured party nor trespassed, according to the civil rules of procedure. Rule 1.**There is only one form of action, a civil action.( 1) All crimes are commercial, (27 CFR 72.11 and 2** Every alleged crime has to have **"nature and cause"** and be prosecuted in the name of the (Real Party In Interest), **NOT A CORPORATION OR A FICTITIOUS PLAINTIFF.** If this Court continues to make me a fiction, that could be construed as Constructive Fraud.</u> *I have seen no evidence to the contrary.*          7.

AS TO COUNT 43: The Complaint must identify at least one plaintiff by true name; otherwise no action has been commenced. "Roe v New York (1970, SD NY) 49 FRD 279, 14 FR Serv 2d *I have seen no evidence to the contrary.*

AS TO COUNT 44: The United States Supreme Court held in its landmark ruling, "Where Rights secured by the Constitutions are involved there can be no rule making or legislation which would abrogate them". Miranda v. Arizona, 384 U.S. 436. **I have seen no evidence to the contrary.**

AS TO COUNT 45: Complete evidence was not permitted before the Grand Jury denying Third Party Plaintiff of rights and due process. There was no indictment by the grand jury that was a lawful proceeding, which violated my inalienable rights. Evidence was withheld from the grand jury by stating on the record that Michael Pryor had not engaged in any mis-conduct, when they were aware that I had filed 17 counts against him, two months before they filed an indictment against the Third Party Plaintiff. *I have seen no evidence to the contrary.*

AS TO COUNT 46: Title 26 of the U.S.C. has never been enacted into law by Congress and has no binding force or effect upon the Third Party Plaintiff. What is not authorized in the Constitution is prohibited by the united States Constitution and Bill of Rights. The DOJ and William Frankel were aware that Third Party Plaintiff was not a tax payer by the documents that were recorded in the various enities that this Court is aware of. They have made a false presentment to the grand jury that Third Party Plaintiff was a tax payer. *I have seen no evidence to the contrary.*

AS TO COUNT 47: Congress did not pass legislation creating the IRS to lay and collect taxes from the American People, *I have seen no eviodence to the contrary.*

AS TO COUNT 48: The Constitution of the united States prohibits a direct un-apportioned tax in two places; Article 1, Section 2, clause 3 AND Article 1, Section 9, clause 4. The followind cases prove that this prohibition remains in full force and effect. The internal Revenue Service falsely states that the Constitution and the 16th Amendment authorized a tax on every individual. The following cases show that such claim is false and fraudulent. Knowlton vs Moore, 178 US, 41, 47 (1900) Eisner v Macomber, 252 US 189, 205- 206 (1920) U.S. v Ballard, 535 F2d 400 (1976). Doyle v Michaell, 247 us 179, at 183, at 185 (1918) Evans v Gore, 253 us 245, 263 (1920). The Supreme Court has ruled in numberous other cases that verify the false and fraudulent claims of the IRS agaist a non- 14th Amendment Citizen. *I have seen no evidence to the contarary.*

AS TO COUNT 49: If the presiding Judge pays income taxs, then she presides in a U.S. District Court and not a District Court of the United States; thus has no lawful authority or jurisdiction to hear this case, against One of We the People. *I have seen no evidence to the contrary.*

8.

AS TO COUNT 50: The court is to protect against any encroachment of the united States Constitutionally secured liberties, and the Bill of Rights. Boyd v U.S.116, U. S. 616. This Court has violated this Ruling. *I have seen no evidence to the contrary.*

AS TO COUNT 51: Once Jurisdiction is challenged, it becomes the responsibility of the Plaintiff to assert and prove said jurisdiction (Hagans v Lavine, 415 U.S. 533, note 5). *I have seen no evidence to the contrary.*

AS TO COUNT 52: No department of government can ever lawfully uphold the fraud perpetrated by the IRS or its agents, including this Court and the DOJ, nor can the DOJ represent a non- government body or non-government employees. Where no authority exists, no authority can be conveyed. The government is required to lawfully deal with the People and only file lawful charges against them in this case, it is obvious by the actions of the government in this matter as described herein that this has not occurred. *I have seen no evidence to the contrary.*

## OPPORTUNITY TO CURE

The Third Party Defendants have 14 calendar days to cure their Dishonor by the Following;

1. Dismiss any and all claims against the Third Party Plaintiffs, and never revist any of these issues again. OR,
2. Pay all damages as indicated by the counterclaim contained herein with **Real Money**, Surrender any and all Public Hazard Bonds, other Bonds, Insurance Policies, 401K, CAFRA Funds, 801K, etc. as needed to satisfy counterclaim herein, ...OR,
3. Prove your claims against me by providing me with lawfully documented evidence that is certified true and correct, by (Officers of the Court), in their unlimited commercial liability, while Under Oath, On and For the Official Record, under penalties of the law including Perjury. This evidence must prove your case by a perponderance or the greater weight of evidence and must answer each and every averment, Point by Point individually.
4. If any and all points are not answered fully and accompanied by lawfully documented evidence, as provided herein, that will be

Default on the part of the Third Party defendants. Non Response according to the conditions herein will be default. Incomplete answers and/ or lack of documented evidence as outlined herein will be Default.

5. If the Third Party Defendants fail to respond as outlined herein, within 14 calendar days, this will be Default. Non Response will be a Self Executing Confession of Judgment by all Third Party Defendants, and will be complete agreement with all the statements, terms, and conditions of this contract

6. This is a contract in Admiralty. Any officer of the court that interferes or involves him/herself with this claim will be added to this claim and become a Third Party Defendant. All Third Party Defendants are collectively and individually liable for this claim.

## COUNTERCLAIM

THE FOLLOWING DAMAGES HAVE BEEN ASESSED AGAINST YOU SHOULD YOU FAIL TO MEET THE REQUIREMENTS AS PROVIDED IN THE OPPORTUNITY TO CURE CONTAINED HEREIN:

1. Failure to state a claim upon which relief can be granted $1,000,000.00 (One Million US Dollars) per count Per Third Party Defendant.
2. Failure to respond as outlined herein $1,000,000.00 (One Million US Dollars.) per count Per Third Party Defendant.
3. Default by non response or incomplete response $1,000,000.00 (One Million Dollars) per count Per Third Party Defendant.
4. Dishonor In Commerce - $1,000,000.00 (One Million Dollars) per count per Third Party Defendant.
5. Fraud - $1,000,000.00 (One Million US Dollars) per count herein per Third Party Defendant.
6. Racketeering - $1,000,000.00 (One Million US Dollars) per count per Third Party Defendant.
7. Theft of Public Funds -$1,000,000.00 (One Million US Dollars) per count per Third Part Defendant.

10.

8. Failure to pay Counterclaim in full within (30) Thirty Calendar Days of Default as contained herein. $1,000,000.00 (One Million US Dollars), per month, and interest of 1.5 % per month compounded daily for the first (30)
Thirty Days from the date of default. After (30) Thirty Days beginning on the (31st) Thirty first Day after Default, the penalties for Failure to pay will increase by $100,000.00 (One Hundred Thousand Us Dollars Per Day) for each calendar day that this counterclaim is not paid in full, plus interest. After (90) calendar days of the date of Default, the penalties for Failure to Pay Counterclaim will increase by $1,000,000.00 (One Million US Dollars) per calendar day, that the Counterclaim is not paid in full, plus interest as indicated herein.
9. All Claims are stated in US Dollars which means that a US Dollar will be defined, for the purposes of this counterclaim as, a One Ounce Silver coin of 99.999% pure silver, or the equivalent par value as established by law or the exchange rate as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as outlined herein, if the claim is to be paid in Federal Reserve Notes, Federal Reserve notes will only be accepted at Par Value as indicated above.
10. Total Damages will be assessed as the total amount of the damages as outlined herein times three (3) for a total of all damages as outlined in items 1-5 added to three (3) times the damages, for Punitive, or other additional damages.

*Ronald -Roy: Hoodenpyle,*
Ronald -Roy: Hoodenpyle,
Secured Party Creditor
Dated July 18, 2009