IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No. 09-cr-00013-MSK-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RONALD ROY HOODENPYLE,

    Defendant.

### ORDER RE: EXAMINATION OF DEFENDANT FOR PHYSICAL CAPACITY TO STAND TRIAL

The Court has previously ordered that an independent examination of the defendant is necessary to determine his physical capacity to stand trial, as contemplated in Title 18, United States Code, Section 3161(h)(1)(A). To facilitate the completion of that evaluation, the Court additionally orders as follows:

1. Dr. Lawrence E. Feinberg, M.D., of the University Hospital in Aurora, Colorado, is appointed to conduct an examination of the defendant. Dr. Feinberg is appointed to opine on the following issues: (1) whether the Defendant is physically competent to stand trial; (2) whether the Defendant is physically competent to represent himself at trial; (3) whether there are any measures that could be taken to minimize any risks to the Defendant's health caused by his participation in a trial; (4) if the Defendant is not currently physically competent to stand trial, when (if at all) he might be competent to do so; and (5) if the Defendant is not currently physically competent to represent himself at trial, when (if at all) he might be competent to do so. Dr. Feinberg is authorized to

      review any of the Defendant's existing medical records and to order or perform additional examination and/or testing necessary to allow him to opine on the topics listed above. Dr. Feinberg should submit any bills related to his examination to the Court.

2. The Defendant shall contact Dr. Feinberg's office within the next seven days to schedule an appointment. Defendant is **ORDERED** to cooperate with Dr. Feinberg for purposes of completing this evaluation. Specifically, the Defendant is **ORDERED** to make his medical records, including those from the past three years up to and including those related to his most recent hospitalization, available to Dr. Feinberg forthwith and to contact Dr. Feinberg's office forthwith in order to schedule an appointment.

3. The report by Dr. Feinberg shall be submitted to the Court within **40 days**.

Dated this 17th day of November, 2009.

                                              **BY THE COURT:**

                                              Marcia S. Krieger
                                              United States District Judge