IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01618-MSK
(Criminal Action No. 09-cr-00013-MSK)

UNITED STATES OF AMERICA,

v.

RONALD ROY HOODENPYLE,

    Movant.

___

**FINAL JUDGMENT**
___

Pursuant to and in accordance with the ORDER DENYING 28 U.S.C. § 2255 MOTIONS entered by the Honorable Marcia S. Krieger on June 24, 2011, the following Final Judgment is hereby entered:

It is ORDERED that Defendant Hoodenpyle's Judicial Request ( # 233), filed on June 20, 2011, the Notice and Order to Dismiss (# 234), filed on June 20, 2011, and the Motion for Dismissal (# 225), filed on February 23, 2011, are denied without prejudice as premature.

Dated at Denver, Colorado this ___24th___ day of June, 2010.

                FOR THE COURT:

                GREGORY C. LANGHAM, CLERK


                By: s/ Edward P. Butler
                    Edward P. Butler, Deputy Clerk