IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 09-cr-00013-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RONALD ROY HOODENPYLE,

      Defendant.

## ORDER OF RECUSAL

THIS MATTER arises *sua sponte*.  The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter.  In particular, the undersigned is currently the subject of certain purported court documents prepared by Mr. Hoodenpyle, which have given rise to security concerns and may give rise to further criminal charges.  Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

DATED this 19th day of September, 2012.

                              **BY THE COURT:**

                              _____
                              Marcia S. Krieger
                              United States District Judge